UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>CANDLESTICK CAPITAL MANAGEMENT LP,<br><br>         Defendant,<br>and<br><br>CANDLESTICK MASTER FUND LP, and CANDLESTICK US F&F FUND LP<br><br>         Relief Defendants | Civil Action No.<br>3:23-cv-00206-KAD |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT CANDLESTICK US F&F FUND LP**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Candlestick US F&F Fund LP ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $55,092.67, representing net profits gained as a result of the conduct

1

alleged in the Complaint, together with prejudgment interest thereon in the amount of $3,147.92. The Court finds that sending the disgorged funds to the United States Treasury, as ordered below, is consistent with equitable principles.  Relief Defendant shall satisfy this obligation by paying $58,240.59 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

 Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Candlestick US F&F Fund LP as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to,

moving for civil contempt at any time after 30 days following entry of this Final Judgment.

Relief Defendant shall pay post judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply wih all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  February 24, 2023

*Kari A. Dooley*_____
UNITED STATES DISTRICT JUDGE